UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -    INDICTMENT

ALEXANDER CONCEPCION,    07 Cr.
    a/k/a "Alex Concepcion,"

        Defendant.

07 CRIM 1095

- - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1. From in or about June 2007 through in or about August 2007, in the Southern District of New York and elsewhere, ALEXANDER CONCEPCION, a/k/a "Alex Concepcion", the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of said conspiracy that ALEXANDER CONCEPCION, a/k/a "Alex Concepcion", the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, approximately 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 4 2007

commonly known as "crack cocaine", in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

## OVERT ACTS

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. On or about August 8, 2007, ALEXANDER CONCEPCION, a/k/a "Alex Concepcion", the defendant, participated in a sale of crack cocaine that occurred in upper Manhattan, New York.

(Title 21, United States Code, Section 846.)

_____    _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALEXANDER CONCEPCION,
a/k/a "Alex Concepcion,"

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

12/4/07 — Indictment filed, case assigned to Judge Scheindlin.

J. Maas, USMJ