AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 07-CR-1095

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALEXANDER CONCEPCION

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/19/2007 | *[signature]* |
| Date | Signature |

| | |
|---|---|
| HUGH M. MUNDY | 9500 |
| Print Name | Bar Number |

52 DUANE STREET, TENTH FLOOR
Address

| | | |
|---|---|---|
| NEW YORK | NY | 10007 |
| City | State | Zip Code |

| | |
|---|---|
| (212) 417-8700 | (212) 571-0392 |
| Phone Number | Fax Number |