**United States District Court**
**Southern District of New York**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | NOTICE OF MOTION |
| | ) | |
| -v- | ) | 07 Cr 1095 |
| | ) | (SAS) |
| **ALEXANDER CONCEPCION** | ) | |

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Hugh M. Mundy and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order, pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, suppressing any evidence and statements obtained as a result of the unlawful surveillance of Concepcion's cellphone, or granting an evidentiary hearing on this motion, and granting such other further relief as the Court deems just and proper.

Dated:   New York, New York
         March 28, 2008

                                      LEONARD F. JOY, ESQ.
                                      Federal Defenders of New York
                                      Attorney for Defendant
                                      **ALEXANDER CONCEPCION**
                                      52 Duane Street - 10th Floor
                                      New York, New York 10007
                                      Tel.: (212) 417-8764

                                      /s Hugh M. Mundy
                                      **HUGH M. MUNDY, ESQ.**
                                      Of Counsel

TO: **MICHAEL J. GARCIA, ESQ.**
    United States Attorney
    Southern District of New York
    One. St. Andrew's Plaza
    New York, New York 10007
    Attn: **JOHN T. ZACH, ESQ.**
        Assistant United States Attorney

-2-