

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 17, 2008

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Suite 1050
New York, New York 10007

        Re:    **United States v. Alexander Concepcion,**
               **07 Cr. 1095 (SAS)**

Dear Judge Scheindlin:

      The Government respectfully submits this letter to request a short extension of the deadline for filing its opposition papers to the defendant's motion to suppress. Those papers are presently due on Monday, April 21, and the Government is requesting that it have until Friday, April 25, to file its papers. The undersigned Assistant is presently on trial before Judge Sand and needs additional time to finish the papers. In addition, the Government spoke to counsel for the defendant and he consented to the extension.

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney
                                                Southern District of New York

                    By:      _____
                                John T. Zach
                                Assistant United States Attorney
                                (212) 637-2410

Copy to:
Hugh Mundy, Esq.
**BY E-MAIL**

*[Handwritten:] The Government's request is granted. The Government's response shall be filed no later than Friday, April 25 2008.*

*[Handwritten:] Date: April 17, 2008*
*New York, New York*

*[Handwritten:] SO ORDERED:*
*Shira A. Scheindlin*
*U.S.D.J.*