Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

Southern District of New York

United States of America v.

Alexander Concepcion

Docket No.: 07 Cr. 1095 (SAS)

Shira A. Scheindlin
(District Court Judge)

Notice is hereby given that __United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [X] order suppressing evidence obtained pursuant to a 7/20/2007 authorization to intercept electronic communications
(specify)

entered in this action on July 1, 2008
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [ ]

Date: July 29, 2008

TO:
Martin S. Cohen
Federal Defenders of New York, Inc. (NYC)
52 Duane Street, 10th Floor
New York, NY 10007
(212)-417-8737
ADD ADDITIONAL PAGE (IF NECESSARY)

AUSA William J. Harrington
(Counsel for Appellant)
Address: United States Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
Telephone Number: (212) 637-2331

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[✓] Other. Attach explanation (Appeal from written Opinion) | Prepare transcript of<br>[ ] Prepare proceedings<br>[ ] Trial<br>[ ] Sentencing<br>[ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE   William J. Harrington   DATE   7/29/08

▶ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :    CERTIFICATION
UNITED STATES OF AMERICA           :
                                   :    07 Cr. 1095 (SAS)
         - v. -                    :
                                   :
ALEXANDER CONCEPCION,              :
a/k/a "Alex Concepcion,"           :
                                   :
              Defendant.           :
                                   :
- - - - - - - - - - - - - - - - - x
```

        Pursuant to 18 U.S.C. § 3731, I hereby certify that the Government's appeal of the order of the District Court dated June 30, 2008, and entered on July 1, 2008 (the "July 1 Order"), granting the defendant's motion to suppress evidence obtained pursuant to a July 20, 2007 order that had authorized the interception of electronic communications, is not taken for purpose of delay, and that the evidence suppressed pursuant to the July 1 Order is a substantial proof of a fact material in the proceedings.

Dated:    New York, NY
            July 29, 2008

                                 MICHAEL J. GARCIA
                                 United States Attorney
                                 Southern District of New York

              By:   /s/ William J. Harrington
                    William J. Harrington
                    Assistant United States Attorney