# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 28, 2008

By Hand

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



**Re:  United States v. Alexander Concepcion**
      **07 Cr. 1095 (SAS)**

Dear Judge Scheindlin:

    I write on behalf of my client, Alexander Concepcion, to respectfully request that the Court modify the bail conditions imposed by Your Honor on July 9, 2007. At that time, the Court imposed the following conditions:

> A $100,000 personal recognizance bond cosigned by 4 financially responsible persons; secured by $2,000 Cash; travel restricted to SDNY & EDNY; defendant to be released upon three signatures; remaining conditions to be met within two weeks.

    Mr. Concepcion seeks the Court's permission to extend his travel restrictions to include the District of Conneticut to enable him to reside with his mother, Martha Moreta, and sister, Jackeline Concepcion, at their house located at 120 Triangle St., #10, Danbury, CT 06810.

    I have spoken to Arlo Devlin-Brown on behalf of the government who has no objection to this request.

Honorable Shira A. Scheindlin          July 28, 2008
United States Magistrate Judge                Page 2
500 Pearl Street
New York, NY 10007

Re:  **United States v. Alexander Concepcion**
     **07 Cr. 1095 (SAS)**
     **Bail Modification Request**

Thank you for your consideration of this matter.

                              Respectfully submitted,

                              Martin S. Cohen
                              Assistant Federal Defender
                              Tel.: 212-417-8737

                              SO ORDERED:

                              _____
                              **HONORABLE SHIRA A. SCHEINDLIN**
                              **UNITED STATES DISTRICT JUDGE**

                                                          7/30/08

cc:  John Zach, Assistant United States Attorney
     by facsimile: (212-637-2527)